# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
CASTRO VARGAS, VERONICA               §         Case No. 17-13457 DLT
                                      §
_____Debtor_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/28/2017 . The undersigned trustee was appointed on 04/28/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $        13,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 752.27 |
| Bank service fees | 20.06 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $        12,727.67

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/30/2017  and the deadline for filing governmental claims was  11/30/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,100.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,100.00 , for a total compensation of $ 2,100.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/27/2018                              By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 17-13457 DLT Judge: DEBORAH L. THORNE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CASTRO VARGAS, VERONICA | Date Filed (f) or Converted (c): | 04/28/17 (f) |
| | | 341(a) Meeting Date: | 06/09/17 |
| For Period Ending: | 03/27/18 | Claims Bar Date: | 11/30/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, Value from Comparative Market | 45,000.00 | 13,500.00 | | 13,500.00 | FA |
| 2. 2008 Ford Expedition (value from CarMax Appraisal | 4,000.00 | 0.00 | | 0.00 | FA |
| 3. 2006 Ford F150 (value from CarMax appraisal 3/28/2 | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. mattress, Lien held by Sleepys | 500.00 | 0.00 | | 0.00 | FA |
| 6. Computer and electronics, Lien held by HHGregg | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Living Room set, Lien held by Art Van | 800.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous electronics | 500.00 | 0.00 | | 0.00 | FA |
| 9. Used Personal Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10. Ring, Miscellaneous costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 11. 2 dogs, 1 cat | 0.00 | 0.00 | | 0.00 | FA |
| 12. Checking account with TCF | 143.83 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $58,943.83 | $13,500.00 | | $13,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee reached settlement with D to avoid sale of RE, and last payment has been received 3-20-18.
TFR is progress
initial Report of assets filed 8.29.17

Initial Projected Date of Final Report (TFR): 06/30/18     Current Projected Date of Final Report (TFR): 06/30/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 17-13457 -DLT | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CASTRO VARGAS, VERONICA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3019 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5007 | | | |
| For Period Ending: | 03/27/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/05/18 | 1 | LEEDERS & ASSOCIATES LTD<br>CLIENT FUNDS ACCOUNT<br>20 E JACKSON BLVD SUITE 850<br>CHICAGO IL 60604 | SETTLEMENT | 1129-000 | 6,000.00 | | 6,000.00 |
| 01/23/18 | 1 | LEEDERS & ASSOCIATES LTD<br>CLIENT FUNDS ACCOUNT<br>20 E JACKSON BLVD SUITE 850<br>CHICAGO IL 60604 | SETTLEMENT | 1129-000 | 1,500.00 | | 7,500.00 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,490.00 |
| 02/13/18 | 010001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND PAYMENTS<br>BOND # 016073584<br>TERM 02/01/1/ TO 02/01/19 | 2300-000 | | 2.27 | 7,487.73 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.06 | 7,477.67 |
| 03/20/18 | 1 | LEEDERS & ASSOCIATES LTD<br>CLIENT FUNDS ACCOUNT<br>20 E JACKSON BLVD SUITE 850<br>CHICAGO IL 60604 | SETTLEMENT | 1129-000 | 6,000.00 | | 13,477.67 |
| 03/20/18 | 010002 | KEITH SCHUMANN<br>KEITH SCHUMANN@PROPERTIES<br>1875 n DAMEN AVENUE<br>CHICAGO, IL 60647 | BROKER EXPENSES<br>INVOICE 1 (CMA FOR RE) | 2990-000 | | 750.00 | 12,727.67 |

Page Subtotals 13,500.00 772.33

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 20.00g

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 17-13457 -DLT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CASTRO VARGAS, VERONICA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3019 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5007 | | |
| For Period Ending: | 03/27/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,500.00 | 772.33 | 12,727.67 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 13,500.00 | 772.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 13,500.00 | 772.33 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - *******3019 | | 13,500.00 | 772.33 | 12,727.67 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 13,500.00 | 772.33 | 12,727.67 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                                                    Ver: 20.00g

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 27, 2018 |

Case Number: 17-13457  
Debtor Name: CASTRO VARGAS, VERONICA  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 36-3557951 | Administrative | | $2,100.00 | $0.00 | $2,100.00 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 37-1501169 | Administrative | | $2,703.24 | $0.00 | $2,703.24 |
| 999<br>2690-00 | Keith Schumann<br>Keith Schumann@Properties<br>1875 N. Damen Avenue<br>Chicago, IL 60647 | Administrative | 2221933019   03/20/18   10002 | $750.00<br><br>750.00 | $750.00 | $0.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Administrative | BOND PAYMENTS<br>BOND  # 016073584<br>TERM 02/01/1/ TO 02/01/19<br>2221933019   02/13/18   10001 | $2.27<br><br><br><br>2.27 | $2.27 | $0.00 |
| 000001<br>070<br>7100-00 | TD Bank, USA<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | | $486.02 | $0.00 | $486.02 |
| 000002<br>070<br>7100-00 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | (2-1) Cavalry SPV I, LLC as<br>assignee of Synchrony Bank/Art Van Furniture | $1,244.54 | $0.00 | $1,244.54 |
| 000003<br>070<br>7100-00 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | (3-1) Cavalry SPV I, LLC as<br>assignee of Synchrony Bank/Pep Boys | $967.82 | $0.00 | $967.82 |
| 000004<br>070<br>7100-00 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $2,297.20 | $0.00 | $2,297.20 |
| 000005<br>070<br>7100-00 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsecured | (5-1) CAPITAL ONE, N.A. | $1,270.90 | $0.00 | $1,270.90 |
| 000006<br>070<br>7100-00 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | | $191.02 | $0.00 | $191.02 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 27, 2018 |
|---|---|---|---|---|---|---|

Case Number: 17-13457  
Debtor Name: CASTRO VARGAS, VERONICA  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY Bank<br>(SLEEPYS)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $1,279.52 | $0.00 | $1,279.52 |
| 000008<br>070<br>7100-00 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | Unsecured | (8-1) USBCRD1713457ILN98026175 | $1,826.96 | $0.00 | $1,826.96 |
| 000009<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $2,896.16 | $0.00 | $2,896.16 |
| 000010<br>070<br>7100-00 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Unsecured | (10-1) Money Loaned | $2,275.97 | $0.00 | $2,275.97 |
| 000011<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (11-1) Money Loaned | $433.40 | $0.00 | $433.40 |
| 000012<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (12-1) Money Loaned | $484.43 | $0.00 | $484.43 |
| 000013<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (13-1) Money Loaned | $805.74 | $0.00 | $805.74 |
| 000014<br>070<br>7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsecured | (14-1) JCPenney MasterCard or GEMB<br>or GECRB | $5,376.37 | $0.00 | $5,376.37 |
| 000015<br>070<br>7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsecured | (15-1) TJX Rewards Credit Card or<br>GEMB or GECRB | $515.65 | $0.00 | $515.65 |
| 000016<br>070<br>7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsecured | (16-1) "R"Us Credit Card or GEMB or<br>GECRB | $1,592.65 | $0.00 | $1,592.65 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 27, 2018 |
|---|---|---|---|---|---|---|

Case Number: 17-13457  
Debtor Name: CASTRO VARGAS, VERONICA  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000017<br>070<br>7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsecured | (17-1) JCP credit card or GEMB or GECRB | $672.75 | $0.00 | $672.75 |
| 000018<br>070<br>7100-00 | Midland Funding, LLC<br>Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>WARREN, MI 48090 | Unsecured | (18-1) Account Number (last 4 digits):9559 | $6,911.65 | $0.00 | $6,911.65 |
| 000019<br>070<br>7100-00 | Midland Funding, LLC<br>Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>WARREN, MI 48090 | Unsecured | (19-1) Account Number (last 4 digits):0225 | $4,240.94 | $0.00 | $4,240.94 |
| 000020<br>070<br>7100-00 | Midland Funding, LLC<br>Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>WARREN, MI 48090 | Unsecured | (20-1) Account Number (last 4 digits):3432 | $1,978.15 | $0.00 | $1,978.15 |
| 000021<br>070<br>7100-00 | Midland Funding, LLC<br>Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>WARREN, MI 48090 | Unsecured | (21-1) Account Number (last 4 digits):1691 | $5,467.63 | $0.00 | $5,467.63 |
| | Case Totals: | | | $48,770.98 | $752.27 | $48,018.71 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-13457 DLT
Case Name: CASTRO VARGAS, VERONICA
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand  $  12,727.67

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 2,610.00 | $ 0.00 | $ 2,610.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 93.24 | $ 0.00 | $ 93.24 |
| Other: INTERNATIONAL SURETIES, LTD | $ 2.27 | $ 2.27 | $ 0.00 |
| Other: Keith Schumann | $ 750.00 | $ 750.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    4,803.24
Remaining Balance    $    7,924.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,215.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TD Bank, USA | $ 486.02 | $ 0.00 | $ 89.12 |
| 000002 | Cavalry SPV I, LLC | $ 1,244.54 | $ 0.00 | $ 228.21 |
| 000003 | Cavalry SPV I, LLC | $ 967.82 | $ 0.00 | $ 177.47 |
| 000004 | Capital One, N.A. | $ 2,297.20 | $ 0.00 | $ 421.24 |
| 000005 | Bureaus Investment Group Portfolio No | $ 1,270.90 | $ 0.00 | $ 233.05 |
| 000006 | Verizon | $ 191.02 | $ 0.00 | $ 35.03 |
| 000007 | Portfolio Recovery Associates, LLC | $ 1,279.52 | $ 0.00 | $ 234.62 |
| 000008 | U.S. Bank National Association | $ 1,826.96 | $ 0.00 | $ 335.01 |
| 000009 | PYOD, LLC its successors and assigns as | $ 2,896.16 | $ 0.00 | $ 531.07 |
| 000010 | Department Stores National Bank | $ 2,275.97 | $ 0.00 | $ 417.35 |
| 000011 | Quantum3 Group LLC as agent for | $ 433.40 | $ 0.00 | $ 79.47 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Quantum3 Group LLC as agent for | $ 484.43 | $ 0.00 | $ 88.83 |
| 000013 | Quantum3 Group LLC as agent for | $ 805.74 | $ 0.00 | $ 147.75 |
| 000014 | Synchrony Bank | $ 5,376.37 | $ 0.00 | $ 985.87 |
| 000015 | Synchrony Bank | $ 515.65 | $ 0.00 | $ 94.55 |
| 000016 | Synchrony Bank | $ 1,592.65 | $ 0.00 | $ 292.04 |
| 000017 | Synchrony Bank | $ 672.75 | $ 0.00 | $ 123.36 |
| 000018 | Midland Funding, LLC | $ 6,911.65 | $ 0.00 | $ 1,267.39 |
| 000019 | Midland Funding, LLC | $ 4,240.94 | $ 0.00 | $ 777.66 |
| 000020 | Midland Funding, LLC | $ 1,978.15 | $ 0.00 | $ 362.73 |
| 000021 | Midland Funding, LLC | $ 5,467.63 | $ 0.00 | $ 1,002.61 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 7,924.43 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE