IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 17-13457 |
| VERONICA CASTRO VARGAS, ) | |
| ) | Hon. Deborah L. Thorne |
| ) | Chapter 7 |
| Debtor(s) ) | |

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that (s) he caused a copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney (if any), and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and on other parties by depositing same into the United States Mail, postage prepaid, on or before April 13, 2018.

    */s/ Andrew J. Maxwell*

Andrew J. Maxwell (ARDC #1799150)
**Maxwell Law Group, LLC**
20 N. Clark Street, Suite 200
Chicago, IL 60602
312/368-1138

## SERVICE LIST-CLAIMS REGISTER
## VERONICA CASTRO VARGAS 17-13457

**Bureaus Investment Group Portfolio No 15 LLC**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

**Capital One, N.A.**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

**PORTFOLIO RECOVERY ASSOCIATES LLC**
PO BOX 41067
NORFOLK VA 23541-1067

**Synchrony Bank**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

**Synchrony Bank/HH Gregg/Sleepys**
Po Box 965060
Orlando, FL 32896-5060

**TD Bank, USA**
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**Verizon**
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**US Bank National Bank**
Bankrptcy Department
PO Box 108
St Louis MO 63166-0108

**Pyod, LLC**
PO Box 19008
Greenville SC 29602

**Department Stores National Bank**
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

**Quantum3 Group LLC as agent**
PO Box 788
Kirkland, WA 98083-0788

**Midland Funding, LLC**
Midland Credit Management, Inc. as agent for Midland Funding, LLC
PO Box 2011
WARREN, MI 48090