# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CASTRO VARGAS, VERONICA | § | Case No. 17-13457 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 7,800.00 *(Without deducting any secured claims)* | Assets Exempt: 21,143.83 |
| Total Distributions to Claimants: 7,924.43 | Claims Discharged Without Payment: 84,776.87 |
| Total Expenses of Administration: 5,575.57 | |

3) Total gross receipts of $ 13,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 13,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 92,392.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,575.57 | 5,575.57 | 5,575.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,485.83 | 43,215.47 | 43,215.47 | 7,924.43 |
| **TOTAL DISBURSEMENTS** | $ 141,878.48 | $ 48,791.04 | $ 48,791.04 | $ 13,500.00 |

4)  This case was originally filed under chapter 7 on  04/28/2017 .  The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/12/2018                    By:/s/ANDREW J. MAXWELL, TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single-family home, Value from Comparative Market | 1129-000 | 13,500.00 |
| **TOTAL GROSS RECEIPTS** | | $ 13,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer 118 N. Clark Street Room 112 Chicago, IL 60602 | | 6,000.00 | NA | NA | 0.00 |
| | Syncb/hh Gregg C/o Po Box 965036 Orlando, FL 32896 | | 4,240.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank -Art Van Po Box 965064 Orlando, FL 32896 | | 1,244.00 | NA | NA | 0.00 |
| | Synchrony Bank/HH Gregg/Sleepys Po Box 965060 Orlando, FL 32896 | | 1,119.00 | NA | NA | 0.00 |
| | TCF Bank 1405 Xenium Lane N Minneapolis, MN 55441 | | 68,599.65 | NA | NA | 0.00 |
| | Td Auto Finance Po Box 9223 Farmington Hills, MI 48333 | | 11,190.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 92,392.65 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 2,100.00 | 2,100.00 | 2,100.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 2.27 | 2.27 | 2.27 |
| ASSOCIATED BANK | 2600-000 | NA | 20.06 | 20.06 | 20.06 |
| KEITH SCHUMANN | 2690-000 | NA | 750.00 | 750.00 | 750.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):MAXWELL LAW GROUP, LLC | 3110-000 | NA | 2,610.00 | 2,610.00 | 2,610.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):MAXWELL LAW GROUP, LLC | 3120-000 | NA | 93.24 | 93.24 | 93.24 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,575.57 | $ 5,575.57 | $ 5,575.57 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blitt & Gaines PC<br>661 Glenn Ave Wheeling, IL 60090-6017 | | 0.00 | NA | NA | 0.00 |
| | Capital One / Menard<br>Attn: Bankruptcy Dept Po Box 30258 Salt Lake City, UT 84130 | | 1,270.00 | NA | NA | 0.00 |
| | Capital one Re<br>PO Box 30285 Salt Lake City, UT 84130 | | 2,931.00 | NA | NA | 0.00 |
| | Chase Card<br>Po Box 15298 Wilmington, DE 19850 | | 2,506.00 | NA | NA | 0.00 |
| | Chase Card Services<br>Correspondence Dept Po Box 15278 Wilmington, DE 19850 | | 1,731.00 | NA | NA | 0.00 |
| | Citibank<br>Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 1,407.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank / Sears Citicorp Credit Services/Attn: Centraliz Po Box 790040 Saint Louis, MO 63179 | | 945.00 | NA | NA | 0.00 |
| | Citibank Sears Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 711.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot Citicorp Cr Srvs/Centralized Bankruptcy Po Box 790040 S Louis, MO 63129 | | 2,896.00 | NA | NA | 0.00 |
| | Comenity Bank/Carsons Po Box 182125 Columbus, OH 43218 | | 2,394.00 | NA | NA | 0.00 |
| | Comenity Bank/Express Po Box 18215 Columbus, OH 43218 | | 551.00 | NA | NA | 0.00 |
| | Comenity Bank/Torrid Po Box 182125 Columbus, OH 43218 | | 340.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/Victoria Secret Po Box 18215 Columbus, OH 43218 | | 222.00 | NA | NA | 0.00 |
| | Comenity Bank/nwyrk&co 220 W Schrock Rd Westerville, OH 43081 | | 215.00 | NA | NA | 0.00 |
| | Comenitycapital/mprcc Po Box 182120 Columbus, OH 43218 | | 269.00 | NA | NA | 0.00 |
| | Diversified Consultants Inc. PO Box 1391 Southgate, MI 48195-0391 | | 0.00 | NA | NA | 0.00 |
| | Ford Motor Credit National Bankruptcy Service Center Po Box 62180 Colorado Springs, CO 80962 | | 295.00 | NA | NA | 0.00 |
| | Illinois Bell Bill Payment Center Chicago, IL 60663 | | 196.00 | NA | NA | 0.00 |
| | Kohls/Capital One Po Box 3120 Milwaukee, WI 53201 | | 2,297.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Meyer & Njus, PA 1100 US Bank Plaza 200 South Sixth Street Minneapolis, MN 55402 | | 0.00 | NA | NA | 0.00 |
| | Syncb/Toys R Us Po Box 965064 Orlando, FL 32896 | | 1,592.00 | NA | NA | 0.00 |
| | Syncb/pep Boys C/o Po Box 965036 Orlando, FL 32896 | | 930.00 | NA | NA | 0.00 |
| | Synchrony Bank/ JC Penney Po Box 965064 Orlando, FL 32896 | | 5,376.00 | NA | NA | 0.00 |
| | Synchrony Bank/ JC Penneys Po Box 965064 Orlando, FL 32896 | | 672.75 | NA | NA | 0.00 |
| | Synchrony Bank/Lowes Po Box 965064 Orlando, FL 32896 | | 1,978.00 | NA | NA | 0.00 |
| | Synchrony Bank/Old Navy Po Box 965064 Orlando, FL 32896 | | 6,911.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank/TJX Po Box 965064 Orlando, FL 32896 | | 305.00 | NA | NA | 0.00 |
| | Synchrony Bank/Walmart Po Box 965064 Orlando, FL 32896 | | 5,430.00 | NA | NA | 0.00 |
| | Target C/O Financial & Retail Srvs Mailstopn BT POB 9475 Minneapolis, MN 55440 | | 269.00 | NA | NA | 0.00 |
| | US Bank Bankruptcy Department Po Box 5227 Cincinnati, OH 45201-5229 | | 43.29 | NA | NA | 0.00 |
| | US Bank/Rms CC Card Member Services Po Box 108 St Louis, MO 63166 | | 2,298.00 | NA | NA | 0.00 |
| | Verizon 500 Technology Dr Suite 500 Weldon Spring, MO 63304 | | 229.79 | NA | NA | 0.00 |
| | Visa Dept Store National Bank Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 2,275.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | BUREAUS INVESTMENT GROUP PORTFOLIO | 7100-000 | NA | 1,270.90 | 1,270.90 | 233.05 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | NA | 2,297.20 | 2,297.20 | 421.24 |
| 000002 | CAVALRY SPV I, LLC | 7100-000 | NA | 1,244.54 | 1,244.54 | 228.21 |
| 000003 | CAVALRY SPV I, LLC | 7100-000 | NA | 967.82 | 967.82 | 177.47 |
| 000010 | DEPARTMENT STORES NATIONAL BANK | 7100-000 | NA | 2,275.97 | 2,275.97 | 417.35 |
| 000018 | MIDLAND FUNDING, LLC | 7100-000 | NA | 6,911.65 | 6,911.65 | 1,267.39 |
| 000019 | MIDLAND FUNDING, LLC | 7100-000 | NA | 4,240.94 | 4,240.94 | 777.66 |
| 000020 | MIDLAND FUNDING, LLC | 7100-000 | NA | 1,978.15 | 1,978.15 | 362.73 |
| 000021 | MIDLAND FUNDING, LLC | 7100-000 | NA | 5,467.63 | 5,467.63 | 1,002.61 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,279.52 | 1,279.52 | 234.62 |
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 2,896.16 | 2,896.16 | 531.07 |
| 000011 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 433.40 | 433.40 | 79.47 |
| 000012 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 484.43 | 484.43 | 88.83 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 805.74 | 805.74 | 147.75 |
| 000014 | SYNCHRONY BANK | 7100-000 | NA | 5,376.37 | 5,376.37 | 985.87 |
| 000015 | SYNCHRONY BANK | 7100-000 | NA | 515.65 | 515.65 | 94.55 |
| 000016 | SYNCHRONY BANK | 7100-000 | NA | 1,592.65 | 1,592.65 | 292.04 |
| 000017 | SYNCHRONY BANK | 7100-000 | NA | 672.75 | 672.75 | 123.36 |
| 000001 | TD BANK, USA | 7100-000 | NA | 486.02 | 486.02 | 89.12 |
| 000008 | U.S. BANK NATIONAL ASSOCIATION | 7100-000 | NA | 1,826.96 | 1,826.96 | 335.01 |
| 000006 | VERIZON | 7100-000 | NA | 191.02 | 191.02 | 35.03 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 49,485.83 | $ 43,215.47 | $ 43,215.47 | $ 7,924.43 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 17-13457 | DLT | Judge: DEBORAH L. THORNE | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|---|

Case Name:   CASTRO VARGAS, VERONICA

Date Filed (f) or Converted (c):   04/28/17 (f)

341(a) Meeting Date:   06/09/17

For Period Ending:  06/12/18

Claims Bar Date:   11/30/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, Value from Comparative Market | 45,000.00 | 13,500.00 | | 13,500.00 | FA |
| 2. 2008 Ford Expedition (value from CarMax Appraisal | 4,000.00 | 0.00 | | 0.00 | FA |
| 3. 2006 Ford F150 (value from CarMax appraisal 3/28/2 | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. mattress, Lien held by Sleepys | 500.00 | 0.00 | | 0.00 | FA |
| 6. Computer and electronics, Lien held by HHGregg | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Living Room set, Lien held by Art Van | 800.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous electronics | 500.00 | 0.00 | | 0.00 | FA |
| 9. Used Personal Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 10. Ring, Miscellaneous costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 11. 2 dogs, 1 cat | 0.00 | 0.00 | | 0.00 | FA |
| 12. Checking account with TCF | 143.83 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $58,943.83        $13,500.00           $13,500.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

HEARING 5/8/2018

TRF SUBMITTED AND APPROVED

Trustee reached settlement with D to avoid sale of RE, and last payment has been received 3-20-18.

TFR is progress

initial Report of assets filed 8.29.17

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 17-13457    DLT    Judge: DEBORAH L. THORNE | |
| Case Name: | CASTRO VARGAS, VERONICA | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/28/17 (f) |
| 341(a) Meeting Date: | 06/09/17 |
| Claims Bar Date: | 11/30/17 |

Initial Projected Date of Final Report (TFR): 06/30/18        Current Projected Date of Final Report (TFR): 06/30/18

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-13457 -DLT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CASTRO VARGAS, VERONICA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3019  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5007 | | |
| For Period Ending: | 06/12/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  01/05/18 | 1 | LEEDERS & ASSOCIATES LTD CLIENT FUNDS ACCOUNT 20 E JACKSON BLVD SUITE 850 CHICAGO IL 60604 | SETTLEMENT | 1129-000 | 6,000.00 | | 6,000.00 |
| C  01/23/18 | 1 | LEEDERS & ASSOCIATES LTD CLIENT FUNDS ACCOUNT 20 E JACKSON BLVD SUITE 850 CHICAGO IL 60604 | SETTLEMENT | 1129-000 | 1,500.00 | | 7,500.00 |
| C  02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,490.00 |
| C  02/13/18 | 010001 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PAYMENTS BOND # 016073584 TERM 02/01/1/ TO 02/01/19 | 2300-000 | | 2.27 | 7,487.73 |
| C  03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.06 | 7,477.67 |
| C  03/20/18 | 1 | LEEDERS & ASSOCIATES LTD CLIENT FUNDS ACCOUNT 20 E JACKSON BLVD SUITE 850 CHICAGO IL 60604 | SETTLEMENT | 1129-000 | 6,000.00 | | 13,477.67 |
| C  03/20/18 | 010002 | KEITH SCHUMANN KEITH SCHUMANN@PROPERTIES 1875 n DAMEN AVENUE | BROKER EXPENSES INVOICE 1 (CMA FOR RE) | 2690-000 | | 750.00 | 12,727.67 |

Page Subtotals     13,500.00     772.33

Ver: 20.00i

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 17-13457  -DLT |
| Case Name: | CASTRO VARGAS, VERONICA |
| | |
| Taxpayer ID No: | *******5007 |
| For Period Ending: | 06/12/18 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3019  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60647 | | | | | |
| C   05/09/18 | 010003 | ANDREW J. MAXWELL, TRUSTEE 20 N. CLARK ST. SUITE 200 CHICAGO,  IL 60602 | Trustee Compensation o/c 5/8/2018 | 2100-000 | | 2,100.00 | 10,627.67 |
| C   05/09/18 | 010004 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | Attorneys fees & expenses o/c 5/8/2018  Fees          2,610.00 Expenses         93.24 | 3110-000 3120-000 | | 2,703.24 | 7,924.43 |
| C   05/09/18 | 010005 | TD Bank, USA by American InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Claim # 1, Final Payment o/c 5/8/2018 | 7100-000 | | 89.12 | 7,835.31 |
| C   05/09/18 | 010006 | Cavalry SPV I, LLC 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | Claim # 2, Final Payment o/c 5/8/2018 | 7100-000 | | 228.21 | 7,607.10 |
| C   05/09/18 | 010007 | Cavalry SPV I, LLC 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | Claim # 3, Final Payment o/c 5/8/2018 | 7100-000 | | 177.47 | 7,429.63 |
| C   05/09/18 | 010008 | Capital One, N.A. c/o Becket and Lee LLP | Claim # 4, Final Payment o/c 5/8/2018 | 7100-000 | | 421.24 | 7,008.39 |

Page Subtotals          0.00          5,719.28

Ver: 20.00i

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No:  17-13457  -DLT | Trustee Name:   ANDREW J. MAXWELL, TRUSTEE |
| Case Name:  CASTRO VARGAS, VERONICA | Bank Name:   ASSOCIATED BANK |
| | Account Number / CD #:   *******3019  Checking Account (Non-Interest Earn |
| Taxpayer ID No:  *******5007 | |
| For Period Ending:  06/12/18 | Blanket Bond (per case limit):  $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 3001 Malvern PA 19355-0701 | | | | | |
| C   05/09/18 | 010009 | Bureaus Investment Group Portfolio No 15 LLC c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | Claim # 5 , Final Payment o/c 5/8/2018 | 7100-000 | | 233.05 | 6,775.34 |
| C   05/09/18 | 010010 | Verizon by American InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Claim # 6 , Final Payment o/c 5/8/2018 | 7100-000 | | 35.03 | 6,740.31 |
| C   05/09/18 | 010011 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY Bank (SLEEPYS) POB 41067 Norfolk, VA 23541 | Claim # 7, Final Payment o/c 5/8/2018 | 7100-000 | | 234.62 | 6,505.69 |
| C   05/09/18 | 010012 | U.S. Bank National Association Bankruptcy Department PO Box 108 St. Louis MO 63166-0108 | Claim # 8, Final Payment o/c 5/8/2018 | 7100-000 | | 335.01 | 6,170.68 |
| C   05/09/18 | 010013 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 | Claim # 9, Final Payment o/c 5/8/2018 | 7100-000 | | 531.07 | 5,639.61 |

Page Subtotals        0.00        1,368.78

Ver: 20.00i

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        17-13457  -DLT
Case Name:   CASTRO VARGAS, VERONICA

Trustee Name:          ANDREW J. MAXWELL, TRUSTEE
Bank Name:             ASSOCIATED BANK
Account Number / CD #:   *******3019  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******5007
For Period Ending:  06/12/18

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Greenville, SC 29602 | | | | | |
| C   05/09/18 | 010014 | Department Stores National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083-0657 | Claim # 10, Final Payment o/c 5/8/2018 | 7100-000 | | 417.35 | 5,222.26 |
| C   05/09/18 | 010015 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim # 11,Final Payment o/c 5/8/2018 | 7100-000 | | 79.47 | 5,142.79 |
| C   05/09/18 | 010016 | Quantum3 Group LLC as agent for Comenity Capital Bank PO Box 788 Kirkland, WA 98083-0788 | Claim # 12, Final Payment o/c 5/8/2018 | 7100-000 | | 88.83 | 5,053.96 |
| C   05/09/18 | 010017 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim # 13, Final Payment o/c 5/8/2018 | 7100-000 | | 147.75 | 4,906.21 |
| C   05/09/18 | 010018 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | Claim # 14, Final  Payment o/c 5/8/2018 | 7100-000 | | 985.87 | 3,920.34 |
| C   05/09/18 | 010019 | Synchrony Bank c/o PRA Receivables Management, LLC | Claim # 15, Final Payment o/c 5/8/2018 | 7100-000 | | 94.55 | 3,825.79 |

Page Subtotals                0.00              1,813.82

Ver: 20.00i

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 17-13457  -DLT | |
| Case Name: | CASTRO VARGAS, VERONICA | |
| Taxpayer ID No: | *******5007 | |
| For Period Ending: | 06/12/18 | |

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******3019  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | PO Box 41021 Norfolk VA 23541 | | | | | |
| C  05/09/18 | 010020 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | Claim # 16 Final Payment o/c 5/8/2018 | 7100-000 | | 292.04 | 3,533.75 |
| C  05/09/18 | 010021 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | Claim # 17, Final Payment o/c 5/8/2018 | 7100-000 | | 123.36 | 3,410.39 |
| C  05/09/18 | 010022 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC PO Box 2011 WARREN, MI 48090 | Claim # 18,  FinalPayment o/c 5/8/2018 | 7100-000 | | 1,267.39 | 2,143.00 |
| C  05/09/18 | 010023 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC PO Box 2011 WARREN, MI 48090 | Claim # 19, Final Payment o/c 5/8/2018 | 7100-000 | | 777.66 | 1,365.34 |
| C  05/09/18 | 010024 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC PO Box 2011 WARREN, MI 48090 | Claim # 20, Final Payment o/c 5/8/2018 | 7100-000 | | 362.73 | 1,002.61 |

Page Subtotals        0.00        2,823.18

Ver: 20.00i

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

FORM 2                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 17-13457 -DLT | |
| Case Name: | CASTRO VARGAS, VERONICA | |
| | | |
| Taxpayer ID No: | *******5007 | |
| For Period Ending: | 06/12/18 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3019  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   05/09/18 | 010025 | Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>WARREN, MI 48090 | Claim # 21, Final Payment<br>o/c 5/8/2018 | 7100-000 | | 1,002.61 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 13,500.00 | 13,500.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 13,500.00 | 13,500.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 13,500.00 | 13,500.00 | |

* **Reversed**
t  **Funds Transfer**
C  **Bank Cleared**

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******3019 | 13,500.00 | 13,500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 13,500.00 | 13,500.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00         1,002.61